In the Matter of THE BANK OF UNITED STATES in Liquidation.

EDWARD J. QUINTAL et al., as Trustees in Bankruptcy of CONSOLIDATED FACTORS CORPORATION, Appellants; JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent.

(Argued November 19, 1935; decided December 10, 1935.)

*John W. Simpson, 2nd, Franklin P. Ferguson* and *Arthur C. Power* for appellants.

*Edward Feldman, Arthur Ofner, Henry L. Bayles* and *Carl J. Austrian* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.